**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6973**

---

MARKUS ODON MCCORMICK,

       Plaintiff - Appellant,

    v.

DEPUTY SHERIFF JAMIE MCLEOD; OFFICER RAMON HERRERA; JANET OLSEN,

       Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:23-ct-03028-M-RJ)

---

Submitted:  April 24, 2025                                Decided:  April 29, 2025

---

Before RICHARDSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Markus Odon McCormick, Appellant Pro Se.  Steven Andrew Bader, James Carlton Thornton, CRANFILL SUMNER, LLP, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Markus Odon McCormick appeals the district court's order granting the Defendants' Fed. R. Civ. P. 12(b)(6) motion to dismiss McCormick's 42 U.S.C. § 1983 complaint. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *McCormick v. McCleod*, No. 5:23-ct-3028-M-RJ (E.D.N.C. Sept. 30, 2024). We deny McCormick's motion to publish the opinion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*